ANN M. HARKEY *v.* EUGENE R. CARON ET AL.
(4733)

DUPONT, C. J., HULL and DALY, Js.

Submitted on briefs February 9—decision released February 17, 1987

*Herbert Watstein* filed a brief for the appellant (plaintiff).

*James H. Rotondo* filed a brief for the appellees (defendants).

PER CURIAM. There is no error.